UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL WIDDECOMBE,

                Plaintiff,

     - against -

ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

21-cv-4102 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to obtain a summons from the Clerk of Court and to serve the summons and complaint on the defendant. The plaintiff has failed to do so. The docket reflects that the plaintiff has not yet submitted a proper request for a summons from the Clerk of Court. See ECF No. 3. The plaintiff is directed to submit a proper request for a summons.

    The time to serve the summons and complaint is extended to **February 18, 2022.** If service is not made by that date, the case may be dismissed without prejudice for failure to prosecute. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
            December 20, 2021

                                                John G. Koeltl
                                          United States District Judge