UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WIDDECOMBE,

          Plaintiff,

- against -

ANDREW SAUL,

          Defendant.

21-cv-4102 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff filed an affidavit of service indicating that the defendant was served on December 21, 2021. ECF No. 8. The defendant's answer was due by January 11, 2022. The time for the defendant to answer is extended to __2/4/___, 2022. If the defendant fails to answer by then, the plaintiff may seek a default judgment.

SO ORDERED.

Dated:    New York, New York
          January 18, 2022

                                            John G. Koeltl
                                      United States District Judge